Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
3150 Montrose Ave.
La Crescenta, CA 91214

[818] 249-5291
FAX: [818] 249-4329

Attorney for: Plaintiff OSCAR CRUZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CRUZ, an Individual; <br><br> Plaintiff, <br><br> vs. <br><br> TRANS UNION, LLC. is a corporation; And DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 12-06633 GAF (UBKx) <br> Judge: Hon. Gary A. Feess <br><br> ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION, LLC AND ENTIRE CASE |

Plaintiff Oscar Cruz has announced to the Court that all matters in controversy against Defendant Trans Union, LLC have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1  IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff Oscar Cruz against Defendant Trans Union, LLC are in all respects
3  dismissed with prejudice to the re-filing of same, with Court costs to be paid by the
4  party incurring same.
5  Since there are no remaining defendants in this case, this order shall result in
6  the dismissal of the entire case.

8  DATED this 14th day of November 2012.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE